SENTENCING: DATE/TIME: 6/16/05

Pltfs. Attorney: Amul Thapar   Defts. Attorney: Richard Smith - Boeshaar

CASE CAPTION: USA vs. Michelle Mangotte   CASE NUMBER: 1:02-CR-100(2)

Defendant appeared with Counsel.

Disposition DELAYED _____ days; _____ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for:

_____ years/months on Count /s : _____
                                    consecutive/concurrent

Fined $_____ on Count /s . $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

_____ years/months on Count 4/s ; _____
                                    consecutive/concurrent

Fined $_____ on Count 4/s . $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

**RECOMMENDATIONS TO BOP:**

That the defendant be given credit for all allowable presentence jail-time served.

That the defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

That the defendant be made eligible for and enrolled in the 500 hour drug treatment program.

Fine, Special Assessment and/or restitution to be paid immediately.   *Reset to 8/16/05 @ 11:00*

_____ Years Supervised Release

Execution of sentence suspended. (in terms of months/years)

Defendant placed on probation for a period not to exceed _____ years

Conditions of Probation/Delayed Disposition.

Follow the rules and regulations of the Probation Department

Restitution and Special Assessment to be paid _____

*Deft counsel to submit memo re: young son records (under seal) & other information for sentencing.*

_____ hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

Defendant must report to supervising agency within 72 hours of release from institution.

Defendant must not commit any crimes, either federal, state or local.

Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.

Defendant must not possess, use, or traffic in any controlled substance.

Defendant must make himself available for substance abuse testing and or treatment by supervising agency.

**OTHER**:

_____ Voluntary surrender   *psi report has been reviewed by cnsl & deft.*
_____ Taken into custody    *no other obj other than is what is in the sentencing memo; △ withdraws the obj in the PSI report*
_____ Defendant's rights of appeal explained and understood

COURT REPORTER: FUTRELL / MCCORMICK   CONVENED: 1:49

DEPUTY CLERK: KARLA EVANS-CLARK   RECESSED: 3:02

SENTENCING: DATE/TIME: 6/16/05 pg. 2

Pltfs. Attorney: _____ Defts. Attorney: _____

CASE CAPTION: Michelle Mangotti    CASE NUMBER: 1:02-CR-100(2)

Defendant appeared with Counsel.

Disposition DELAYED _____ days; _____ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for:

_____ years/months on Count 40s _____
consecutive/concurrent

Fined $_____ on Count 40s . $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

_____ years/months on Count _____ ; _____
consecutive/concurrent

Fined $_____ on Count _____ . $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

**RECOMMENDATIONS TO BOP:**

That the defendant be given credit for all allowable presentence jail-time served.

That the defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

That the defendant be made eligible for and enrolled in the 500 hour drug treatment program.

Fine, Special Assessment and/or restitution to be paid immediately.

_____ Years Supervised Release

Execution of sentence suspended. (in terms of months/years)

Defendant placed on probation for a period not to exceed _____ years

Conditions of Probation/Delayed Disposition.

Follow the rules and regulations of the Probation Department

Restitution and Special Assessment to be paid _____

_____ hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

Defendant must report to supervising agency within 72 hours of release from institution.

Defendant must not commit any crimes, either federal, state or local.

Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.

Defendant must not possess, use, or traffic in any controlled substance.

Defendant must make himself available for substance abuse testing and or treatment by supervising agency.

**OTHER**:

_____ Voluntary surrender
_____ Taken into custody
_____ Defendant's rights of appeal explained and understood

COURT REPORTER: FUTRELL / MCCORMICK    CONVENED: _____
DEPUTY CLERK: KARLA EVANS-CLARK    RECESSED: _____