# UNITED STATES DISTRICT COURT

for

**Southern District of Ohio**

2006 NOV 13 AM 9:12

U.S.A. vs. **Michelle Lee Mangotti**    Docket No. **1:02CR00100**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW **Todd C. Morris**, pretrial services/probation officer, presenting an official report upon the conduct of **Michelle Lee Mangotti**, who was placed under pretrial release supervision by **The Honorable Timothy S. Hogan**, sitting in the court at **Cincinnati** on **August 8, 2002** under the following conditions:

1. Report to Pretrial Services as directed;
2. Travel restricted to the Southern District of Ohio; and
3. Defendant shall not commit any offense in violation of federal, state, or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
The defendant was cited on September 2, 2006 for Alcohol Intoxication for which she paid out the ticket on September 7, 2006.

PRAYING THAT THE COURT WILL ORDER NO ACTION as the defendant has been otherwise compliant with the conditions of her bond with no other arrests since her release on supervision in 2002.

ORDER OF COURT

[✓] No Action
[ ] The Court finds there is probable cause to believe the Defendant has violated the conditions of his/her release and orders the issuance of a warrant for his/her arrest.
[ ] Order to Appear and Show Cause
[ ] Modification of the Bond and/or the Conditions of Release

I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this _9th_ day _November_, 20_06_ and ordered filed and made a part of the records in the above

_____
U.S. District Judge/Magistrate Judge

Executed on **October 27, 2006**

_____
U.S. Pretrial Services/Probation Officer

Place    **Cincinnati, Ohio**