**SENTENCING:** DATE/TIME: _1/FEB1/07_ SCANNED

Pltfs. Attorney: _Jeb Terrien_    Defts. Attorney: _Richard Smith-Monahan_

CASE CAPTION: USA v. _Michelle Margotti_    CASE NUMBER: _1:02CR100(2)_

Defendant appeared with Counsel.    _Page 1_

Disposition DELAYED ____ days; ____ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: _& processed_

_1 day_ ~~years/months~~ on Count _1_ : _credit for 1 day booked in USM_
_inability to satisfy; hardship_ consecutive/concurrent _c/s to be ordered_

(Cts. 1s; 4s & 40s)    Fined $ _0_ on Counts _1, 4, 40_ $ _300 total_ Special Assessment/Victims Crime Fund

Restitution in the amount of $ _ordered per paragraph 94 of the PSI report_

____ years/months on Count _4_ ; _jtly & severally w/ Armani Margotti_
 consecutive/concurrent _AKA Duncan_

Fined $____ on Count _4_ . $____ Special Assessment/Victims Crime Fund

Restitution in the amount of $____.

**RECOMMENDATIONS TO BOP:**

✓ That the defendant be given credit for all allowable presentence jail-time served. _1 day when arrested & processed_

~~That the defendant be incarcerated as close to his home in the Dayton, Ohio area as possible consistent with his security status.~~

~~That the defendant be made eligible for and enrolled in the 500-hour drug treatment program.~~

Fine, Special Assessment and/or restitution to be paid immediately.

_5_ Years Supervised Release    _1ST 4 mos. SR_
_*PO to craft a plan} Release_
Execution of sentence suspended. (in terms of months/years)    _HC w/out EM_

Defendant placed on probation for a period not to exceed ____ years    _* w/ release-employment;_
_seeking employment_
Conditions of Probation/Delayed Disposition.    _registering/pursue studies_

Follow the rules and regulations of the Probation Department    _visit children & childcare_

Restitution and Special Assessment to be paid ____

_100_ hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

   ✓ Defendant must report to supervising agency ~~within 72 hours of release from institution~~ _this afternoon._

   ✓ Defendant must not commit any crimes, either federal, state or local.

   ✓ Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.

   ✓ Defendant must not possess, use, or traffic in any controlled substance.

   ✓ Defendant must make himself available for substance abuse testing and/or treatment throughout the period of supervision by supervising agency. _✓ Secure GED - each hr. in class; c/s will be reduced by 1 hr._

   ✓ Defendant must seek and maintain employment throughout the period of supervision

OTHER: _✓ Coop in collection of DNA_
_✓ Receive mental health assessment & counseling (particularly w/ depression)_
_until counselor advises; no involvement w/ M. Margotti_

Voluntary surrender ____    _PSI report has been reviewed_
Remanded Taken into custody _2 obj to Revised PSI report - Withdraws - not viable_
_Deft renews downward variance 3553 factors_
✓ Defendant's rights of appeal explained and understood _Cnsl arguments support ref Doc #112_

COURT REPORTER: (FUTRELL) ~~____~~    CONVENED: _2:03_ _downward departure; Govt_
DEPUTY CLERK: KARLA EVANS    RECESSED: _3:38_ _response_

AO 245 S (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:   CR 1-02-100-(02)
DEFENDANT:     MICHELLE LEE MANGOTTI

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| Citi-Group Financial | $1,978.65 | $1,978.65 | |
| Capitol One | $277.93 | $277.93 | |
| First Premier Bank | $148.69 | $148.69 | *jointly & severally w/ Giovanni Mangotti AKA John Dusca* |
| Macy's (Federated) Department Stores | $1,665.21 | $1,665.21 | |
| JC Penney (Monogram Bank) | $280.00 | $280.00 | |
| Internal Revenue Service | $34,270.60 | $34,270.60 | |
| TOTALS: | $ 38,620.99 | $ 38,602.99 | |