PROB 12B
(12/98)

# United States District Court
## for
## District of Southern Ohio
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Michelle Lee Mangotti**   Case Number: **1:02CR00100**

Name of Sentencing Judicial Officer:   **The Honorable Walter Herbert Rice**
**United States Senior District Court Judge**

Date of Original Sentence: **January 31, 2007**

Original Offense: **Conspiracy in violation of 18 U.S.C. § 371, Wire Fraud in violation of 18 U.S.C. §§ 1343 & 2, and Conspiracy to Defraud the Government with Respect to False Claims in violation of 18 U.S.C. § 286**

Original Sentence: **1 day(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **January 31, 2007**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows: **Mangotti will complete a program of substance abuse treatment that may include testing at the direction of the probation officer.**

## CAUSE

**Mangotti submitted urine specimens on April 20, 2007, and May 9, 2007, which tested positive for marijuana, additionally on September 21, 2007, she submitted a urine specimen that tested positive for cocaine.**

Respectfully submitted,                                Approved,

by *[signature]*                                        by *[signature]*

**Melissa Mutter**                                      **Robert C. Frommeyer**
U. S. Probation Officer                                 Supervising U. S. Probation Officer
Date:   **October 17, 2007**                            Date:   **October 17, 2007**

THE COURT ORDERS:
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*
Signature of Judicial Officer

11-26-07
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

    I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mangotti will complete a program of substance abuse treatment that may include testing at the direction of the probation officer

Witness: _____  Signed: _____
          U.S. Probation Officer           Probationer or Supervised Releasee

                        _____October 10, 2007_____
                                DATE