## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:    Michelle Lee Mangotti          Docket #:    CR-1-02-100-2

                                         Judge:    The Honorable Walter Herbert Rice

You have been ordered by the United States District Court to pay a special assessment of $300.00, restitution of $ 38,620.99, and/or a fine of $_____, as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $20.00 a month, commencing on December 5, 2007. This is based on current financial information provided by Mangotti.

_WR_ _____        _____
U. S. Probation Officer                 Date

**Order of the Court:** The Court orders minimum monthly payments of $ 20 to commence on 12-5-07 and to continue until the debt is satisfied or the Court alters the payment schedule.

_Walter Herman Rice_ _____        _11-26-07_ _____
Signature of Judicial Officer           Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution bears interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____        _____
Defendant                           Date

_____        _____
U.S. Probation Officer              Date
Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU



# MEMORANDUM

**To:** The Honorable Walter Herbert Rice, United States Senior District Judge

**From:** Melissa A. Mutter, United States Probation Officer *MAM*

**Reviewed By:** Robert C. Frommeyer, Supervising United States Probation Officer *MRG for RCF*

**Re:** Michelle Lee Mangotti (CR-1-02-100-2)

**Date:** November 9, 2007

The purpose of this memorandum is to submit a proposed pay agreement in the above stated case.

If Your Honor agrees with the proposed payment amount, please sign the attached Payment Agreement. If Your Honor has any questions concerning this matter, please contact either of the above officers at (513) 564-7575.