PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Michelle Lee Mangotti**                                    Case Number: **1:02CR00100**

Name of Sentencing Judicial Officer: **The Honorable Walter Herbert Rice, United States District Court Judge**

Date of Original Sentence: **January 31, 2007**

Original Offense: **Conspiracy in violation of 18 U.S.C. § 371, Wire Fraud in violation of 18 U.S.C. §§ 1343 & 2, and Conspiracy to Defraud the Government with Respect to False Claims in violation of 18 U.S.C. § 286**

Original Sentence: **1 day(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**      Date Supervision Commenced: **January 31, 2007**

Assistant U.S. Attorney: **Amul Thapar**                        Defense Attorney: **Richard Smith-Monahan**

## PETITIONING THE COURT

[ ]  To issue a warrant
[ ]  To issue an Order to Appear and Show Cause
[X]  To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. |
| | On October 10, 2007, Mangotti submitted a urine specimen that tested positive for marijuana. This is her fourth positive urine specimen. |

U.S. Probation Officer Recommendation: On October 17, 2007, a petition was submitted to Your Honor requesting that Mangotti's conditions of supervised release be modified to include substance abuse treatment. In the meantime, this officer received test results for Mangotti's fourth positive urinalysis test. Therefore, the recommendation at this time is solely for Mangotti to be continued on supervised release based upon exception to revocation.

The term of supervision should be
    [ ]   Revoked.
    [ ]   Extended for years, for a total term of years.
    [X]  Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]   The conditions of supervision should be modified as follows:

PROB 12C
Rev 2/03

2

**Mangotti continued**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 2, 2007**

*[signature]*
**Melissa Mutter**
U.S. Probation Officer

Approved,

by

*[signature]*
John Cole
Supervising U.S. Probation Officer
Date:     **November 2, 2007**

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ]   The Issuance of an Order to Appear and Show Cause
[X]   The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]   Other

*[signature]*
Signature of Judicial Officer

2-14-08
Date