**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA ,**        **Plaintiff,**        vs.        **JOHN DUNCAN,**        **Defendant.** | Case No.: 1:02-CR-100        Judge Walter Herbert Rice        ORDER GRANTING DEFENDANT'S MOTION FOR CHANGE OF PLEA HEARING |

After review of this case, the Court hereby grants the defendant's motion and sets this matter for plea and sentencing on _____, 2008, at _____ AM/PM.

It is so ordered.

                                                                                                                _____
                                                                                                                Judge Walter Herbert Rice
                                                                                                                U.S. District Judge